UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| EDWARD C. BROWDER, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | Case No. 3:25-cv-43 |
| v. ) | |
| ) | Judge Atchley |
| ) | |
| KNOX COUNTY, TENNESSEE, *et al.*, ) | Magistrate Judge Poplin |
| ) | |
| *Defendants*. ) | |
| ) | |

## ORDER

On October 31, 2025, United States Magistrate Judge Debra C. Poplin filed a Report and Recommendation [Doc. 13] pursuant to 28 U.S.C. § 636(b) and the Rules of this Court. The Magistrate Judge recommends that Plaintiff's Application to Proceed In Forma Pauperis With Supporting Documentation [Docs. 2, 10] be denied and that Plaintiff be afforded fourteen days to pay the filing fee [Doc. 13]. Plaintiff has not filed an objection to the Report and Recommendation.[1] The Court has nonetheless reviewed the Report and Recommendation, as well as the record, and agrees with Magistrate Judge Poplin's well-reasoned conclusions.

Accordingly, the Court **ACCEPTS** and **ADOPTS** Magistrate Judge Poplin's findings of fact and conclusions of law as set forth in the Report and Recommendation [Doc. 13]. Plaintiff's Application to Proceed In Forma Pauperis With Supporting Documentation [Docs. 2, 10] is **DENIED**. Plaintiff is **ORDERED** to pay the full filing fee within **fourteen (14) days** of entry of

---

[1] Magistrate Judge Poplin advised that the parties had 14 days in which to object to the Report and Recommendation and that failure to do so would waive any right to appeal. [Doc. 13 at 3 n.1]; *see* Fed. R. Civ. P. 72(b)(2); *see also Thomas v. Arn*, 474 U.S. 140, 148-51 (1985) ("It does not appear that Congress intended to require district court review of a magistrate judge's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings.").

this order. Also, Plaintiff is **NOTIFIED** that if he fails to timely pay the filing fee, the Court will dismiss this action for want of prosecution and failure to comply with a Court order without further notice.

**SO ORDERED**.

*/s/ Charles E. Atchley, Jr.*
**CHARLES E. ATCHLEY, JR.**
**UNITED STATES DISTRICT JUDGE**